*Jeremiah F. Connor* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Daniel Polansky* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of GEORGE WATINSKY et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, et al., Respondents.

Argued May 29, 1947; decided July 2, 1947.

*Monroe I. Katcher, 2d,* for appellants.

*John Di Leonardo* and *Alvin McKinley Sylvester* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

YETTA KOKOFSKY et al., Respondents, *v.* CITY OF NEW YORK, Appellant.

Argued May 19, 1946; decided July 2, 1947.